## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

HOMER RAY ARNOLD,                                                                                               PLAINTIFF
ADC #145122

v.                                             NO. 2:15CV0083 JLH/JTR

BRETT C. BUTTER, Doctor;
and CMS HEALTH CARE                                                                                        DEFENDANTS

### ORDER

Homer Ray Arnold has not complied with the June 12, 2015 Order directing him to file a prison calculation sheet in support of his application to proceed *in forma pauperis*. Document #3. The time for doing so has expired. Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of July, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE