IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HOMER RAY ARNOLD,                                                                                         PLAINTIFF
ADC #145122

v.                                            NO. 2:15CV0083 JLH/JTR

BRETT C. BUTTER, Doctor;
and CMS HEALTH CARE                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of defendants, and this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE